IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01196-RPM-MEH

WILBUR FIKE,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 8, 2011.**

    The Stipulated Motion for Entry of Protective Order [filed August 1, 2011; docket #9] is **granted**. The parties' proposed order is accepted and filed contemporaneously with this minute order.