IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01196-RPM-MEH

WILBUR FIKE,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2011.**

    In the interest of justice, Defendant's Motion for Leave to File Amended Answer and Affirmative Defenses [filed August 9, 2011; docket #14] is **granted**. The Clerk of the Court is directed to file the First Amended Answer and Affirmative Defenses, found at docket #14-1.